Anna Mutka, an Infant, by Katie Falditzko, Her Guardian ad Litem, Appellant, v. Hebrew Sheltering Guardian Society, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred; Hooker, dissented.

Cornelius H. Nugent, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Woodward, Jenks, Gaynor, Rich and Miller, JJ.

Andrew S. Odell, as Administrator, etc., of Homer Odell, Deceased, Appellant, v. Caroline Killmer, Respondent.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Leo Oetjen, an Infant, by Frederick Oetjen, His Guardian ad Litem, Respondent, Appellant, v. The City of New York, Respondent, Impleaded with The Flatbush Gas Company and New York and New Jersey Telephone Company, Appellants.— Reargument ordered, and case set down for Thursday, January 7, 1909. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

Leslie M. Ogden, Respondent, v. Butler Brothers-Hoff Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

J. Edward Ogden, Respondent, v. John O'Reilly and Nicholas D. J. Murphy, Copartners, Carrying on Business as a Copartnership under the Firm Name of O'Reilly & Murphy, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Peter Olsen, Respondent, v. Ulysses Brown, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Luigi Onesti, Appellant, v. Central New England Railway Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.